UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WHALECO INC., *Plaintiff*, v. JEFFREY GLUCK; GLUCK LAW FIRM P.C.; ALEC MONOPOLY ART, LLC; ALEC MONOPOLY, LLC; and COOKIES SF LLC, *Defendants*. | Civil Action No. 1:25-cv-11233 |

## NOTICE OF APPEAL

Notice is hereby given that Whaleco Inc., the Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals For the First Circuit from the Order granting Alec Monopoly Art, LLC, Alec Monopoly, LLC, and Cookies SF LLC's Motions to Dismiss entered in this action on August 20, 2025; the Order granting Jeffrey Gluck and Gluck Law Firm P.C.'s Motion to Dismiss entered in this action on August 27, 2025; the Order granting Cookies SF LLC's Motion for Attorney Fees entered in this action on September 17, 2025; and the Order granting Alec Monopoly Art, LLC and Alec Monopoly, LLC's Motion for Attorney Fees entered in this action on September 17, 2025.

Respectfully submitted,

WHALECO INC. d/b/a TEMU

By its attorneys

/s/ John J. Butts

1

        John J. Butts (BBO #643201)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109 USA
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
john.butts@wilmerhale.com

Ajay S. Krishnan (admitted *pro hac vice*)
Matan Shacham (admitted *pro hac vice*)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188
AKrishnan@keker.com
MShacham@keker.com

Dated: September 18, 2025

## **CERTIFICATE OF SERVICE**

      I, John J. Butts, certify that I have caused a copy of this Notice of Appeal to be served on all parties who have appeared through the Court's electronic docketing system on September 18, 2025.

Dated: September 18, 2025

                                          */s/ John J. Butts*
                                          John J. Butts