UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WHALECO INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JEFFREY GLUCK; GLUCK LAW FIRM P.C.; ALEC MONOPOLY ART, LLC; ALEC MONOPOLY, LLC; and COOKIES SF LLC,<br><br>　　　　　　Defendants. | CIVIL ACTION NO.: 1:25-cv-11233-RGS |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Defendants Jeffrey Gluck and Gluck Law Firm, P.C. (collectively, "Gluck") in the above-named matter hereby cross-appeal to the United States Court of Appeals for the First Circuit from the Order denying Gluck's Motion for Rule 11 Sanctions entered in this action on August 27, 2025. Plaintiff Whaleco Inc. filed a notice of appeal from the Order granting Gluck's Motion to Dismiss on September 18, 2025.

Dated: September 18, 2025

　　　　　　　　　　　　　　　　　　　　/s/ Scott M. Malzahn
　　　　　　　　　　　　　　　　　　　　Scott M. Malzahn (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　smalzahn@waymakerlaw.com
　　　　　　　　　　　　　　　　　　　　Brian E. Klein (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　bklein@waymakerlaw.com
　　　　　　　　　　　　　　　　　　　　Sam S. Meehan (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　smeehan@waymakerlaw.com
　　　　　　　　　　　　　　　　　　　　WAYMAKER LLP
　　　　　　　　　　　　　　　　　　　　515 S. Flower Street, Suite 3500
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90071
　　　　　　　　　　　　　　　　　　　　(424) 652-7800

Douglas S. Brooks
dbrooks@lhbmlegal.com
Sarah Milkovich
smilkovich@lhbmlegal.com
Libby Hoopes Brooks & Mulvey, P.C.
260 Franklin Street, Suite 1920
Boston, MA 02110
(617) 338-9300

*Attorneys for Defendant Jeffrey Gluck and Gluck Law Firm, P.C.*

## **CERTIFICATE OF SERVICE**

      I, Scott M. Malzahn, certify that I have caused a copy of this Notice of Cross-Appeal to be served on all parties who have appeared through the Court's electronic docketing system on September 18, 2025.

Dated: September 18, 2025

                                                                       */s/ Scott M. Malzahn*
                                                                        Scott M. Malzahn